■ In the Matter of the Estate of KAROLINA HAUG, Deceased. RICHARD HAUG, Appellant; HERMAN HAUG, Respondent.— In a contested probate proceeding, the petitioner appeals from an order of the Surrogate's Court, Queens County, dated July 26, 1961, which denied his motion to preclude the contestant from offering upon the trial proof of his objections, or, in the alternative, to direct him to serve a further verified bill of particulars. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.